CO-386-online
10/03

# United States District Court
# For the District of Columbia

FOOTHILL HOSPITAL - MORRIS L. )
JOHNSTON MEMORIAL, a California nonprofit )
corporation, dba Foothill Presbyterian Hospital, )
                                              Plaintiff )
        vs )        Civil Action No._____
)
MICHAEL O. LEAVITT, Secretary of the )
United States Department of Health and )
Human Services, )
                                       Defendant )

## CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for __Foothill Hospital__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __Foothill Hospital__ which have any outstanding securities in the hands of the public:

None

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record
_[signature]_
Signature

444412
BAR IDENTIFICATION NO.

John R. Jacob
Print Name

1333 New Hampshire Avenue, N.W.
Address

Washington, D.C. 20036
City       State       Zip Code

202-887-4582
Phone Number