UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FOOTHILL HOSPITAL<br>- MORRIS L. JOHNSTON MEMORIAL,<br>    Plaintiff,<br><br>    v.<br><br>MICHAEL O. LEAVITT,<br>Secretary, United States Department of<br>Health and Human Services,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)   Civ. Action No. 07-0701 (ESH)<br>)     ECF<br>)<br>)<br>)<br>)<br>) |

## PRAECIPE

**THE CLERK OF THIS COURT** will please enter the appearance of Assistant United States Attorney Megan L. Rose as counsel for the defendant in the above-captioned case.

Respectfully submitted,

/s/
_____
MEGAN L. ROSE, NC Bar # 28639
Assistant United States Attorney
Judiciary Center Building
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 514-7220
(202) 514-8780 (fax)
Megan.Rose@usdoj.gov