UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| FOOTHILL HOSPITAL – MORRIS L.    JOHNSTON MEMORIAL<br><br>        Plaintiff/Appellant,<br><br>v.<br><br>MICHAEL O. LEAVITT, Secretary,<br>U.S. Department of Health<br>and Human Services,<br><br>        Defendant/Appellee. | Case No. 1:07-CV-00701 (ESH) |

CONSENT MOTION FOR ENLARGEMENT OF TIME
TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT

    Pursuant to Fed. R. Civ. P. 6(b)(1), Defendant Michael O. Leavitt, the Secretary of Health and Human Services ("the Secretary"), by and through his undersigned counsel, respectfully moves this Court for a 60-day enlargement of time, up to and including August 17, 2007, to answer or otherwise respond to Plaintiff's Complaint. In support of the instant motion, the Secretary states as follows:

    1. Plaintiff instituted this action with the filing of their Complaint on April 17, 2007.

    2. Plaintiff's Complaint was served on the Secretary on April 17, 2007. Thus, the current deadline for the Secretary's response to Plaintiff's Complaint is June 18, 2007. See Fed. R. Civ. P. 12(a)(3)(A); Fed. R. Civ. P. 6(a).

    3. Plaintiff challenges a decision by the Centers for Medicare and Medicaid Services ("CMS") Administrator reversing the decision of the Provider Review Reimbursement Board ("PRRB" or "Board") and upholding the decision of the fiscal intermediary below that Plaintiff's bad debt could not be deemed worthless and uncollectible under 42 C.F.R. § 413.89(e) as long as

it remained at an outside collection agency. The matters at issue in this action are complex and require careful investigation of the administrative record before the Secretary answers or otherwise responds to the Complaint. The administrative record consists of ten volumes.

4. The Secretary's counsel recently received the administrative record for this action. Defendant's counsel will need time to review it, consult with the agency as necessary, and prepare an appropriate response to Plaintiff's Complaint.

5. In order to allow sufficient time for Defendant's counsel to review that record, to consult with the agency as necessary, and to prepare an appropriate response to the Complaint, the Secretary respectfully requests an enlargement of time of 60 days, up to and including August 17, 2007, within which to answer or otherwise respond to Plaintiff's Complaint.

6. Pursuant to Local Rule 7(m), the Secretary's counsel contacted Plaintiff's counsel, John R. Jacob, on June 12 and 13, 2007, regarding the contents of this motion. Plaintiff, through counsel, graciously consented to the instant motion. Although counsel expressed some reservation as to the length of the requested extension, the undersigned has been unable to discuss the length with him prior to the filing of this motion.

7. This request is made in good faith and not for purposes of delay.

8. The Secretary has not previously requested or been given an extension of time to respond to Plaintiff's Complaint.

9. There are no other previously scheduled deadlines in this case.

A proposed Order is attached.

                                              Respectfully submitted,

                                              _____
                                              JEFFREY A. TAYLOR
                                              United States Attorney
                                              D. C. Bar No. 498610

                                              _____
                                              MEGAN L. ROSE
                                              Assistant United States Attorney
                                              N.C. Bar No. 28639
                                              United States Attorney's Office
                                              Civil Division
                                              555 4th Street, N.W.
                                              Washington, D.C. 20530
                                              (202) 514-7220

                                              _____
                                              LINDA KEYSER
                                              Attorney
                                              U.S. Department of Health and Human Services
                                              Office of the General Counsel
                                              Centers for Medicare & Medicaid Services Division
                                              Room 5344, Cohen Building
                                              330 Independence Avenue, S.W.
                                              Washington, D.C. 20201
                                              202-205-8779
                                              Facsimile: (202) 401-1405

                                              Counsel for Defendant

## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on June ___, 2007, an electronic copy of the foregoing Defendant's Unopposed Motion for Enlargements of Time to Answer or Otherwise Respond to Plaintiff's Complaint will be served on Plaintiff's counsel via the United States District Court's Electronic Case Filing system.

                Respectfully submitted,

                _____/s/_____
                MEGAN L. ROSE
                Assistant United States Attorney
                N.C. Bar No. 28639
                United States Attorney's Office
                Civil Division
                555 4th Street, N.W.
                Washington, D.C. 20530
                (202) 514-7220

                Counsel for Defendant

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| FOOTHILL HOSPITAL – MORRIS L. JOHNSTON MEMORIAL, <br><br> Plaintiff/Appellant, <br><br> v. <br><br> MICHAEL O. LEAVITT, Secretary, U.S. Department of Health and Human Services, <br><br> Defendant/Appellee. | Case No. 1:07-CV-00701 (ESH) |

ORDER

Having considered Defendant's Consent Motion for Enlargement of Time to Answer or Otherwise Respond to Plaintiff's Complaint and the entire record herein, it is this _____ day of _____, 2007,

ORDERED that Defendant's Unopposed Motion for Enlargement of Time to Answer or Otherwise Respond to Plaintiff's Complaint is hereby granted, and it is

FURTHER ORDERED that Defendant shall have up to and including August 17, 2007, to answer or otherwise respond to Plaintiff's Complaint.

_____
THE HONORABLE ELLEN S. HUVELLE
UNITED STATES DISTRICT JUDGE