UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| FOOTHILL HOSPITAL – MORRIS L.<br>JOHNSTON MEMORIAL,<br><br>        Plaintiff,<br><br>v.<br><br>MICHAEL O. LEAVITT, Secretary,<br>U.S. Department of Health<br>and Human Services,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>) Case No. 1:07-CV-00701 (ESH)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**JOINT NOTICE AND MOTION TO SET BRIEFING SCHEDULE**

    Counsel for Defendant Michael O. Leavitt, the Secretary of Health and Human Services, and Plaintiff Rapid City Regional Hospital have conferred and agree that, because this civil action is an action seeking review on an administrative record, the Duty to Confer, the initial disclosure requirement, and the obligation to have an initial scheduling conference do not arise.  See Fed R. Civ. P. 26(a)(E)(i), 26(f); LCvR 16.3(b)(1); 42 U.S.C. § 1395oo(f).  Further, the parties agree that this case should be disposed of on the basis of cross-motions for summary judgment.

    The parties respectfully submit the following proposed schedule for the submission of their respective briefs.

November 2, 2007        Plaintiff's Motion for Summary Judgment

January 2, 2007          Defendant's Opposition and Cross Motion

February 19, 2008        Plaintiff's Opposition and Reply

April 4, 2008        Defendant's Reply

    A proposed order is attached.

August 21, 2007        Respectfully submitted,

           /s/
JEFFREY A. TAYLOR
United States Attorney
D.C. Bar No. 498610

Respectfully submitted,

           /s/
MEGAN L. ROSE
Assistant United States Attorney
N.C. Bar No. 28639
United States Attorney's Office
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 514-7220

           /s/
LINDA KEYSER
Attorney
U.S. Department of Health and Human Services
Office of the General Counsel
Centers for Medicare & Medicaid Services Division
Room 5344, Cohen Building
330 Independence Avenue, S.W.
Washington, D.C. 20201
202-205-8779
Facsimile: (202) 401-1405

Counsel for Defendant

                                                    s/
                          JOHN R. JACOB
Akin Gump Strauss Hauer & Feld, L.L.P.
1333 New Hampshire Avenue, N.W.
Washington, D.C. 20036
(202) 887-4582

**OF COUNSEL:**

BYRON J. GROSS
Hooper, Lundy and Bookman, Inc.
1875 Century Park East, Suite 1600
Los Angeles, CA 90067
(310) 551-8151

Counsel for Plaintiff

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| FOOTHILL HOSPITAL – MORRIS L. JOHNSTON MEMORIAL,<br><br>      Plaintiff,<br><br>v.<br><br>MICHAEL O. LEAVITT, Secretary,<br>U.S. Department of Health<br>and Human Services,<br><br>      Defendant. | Case No. 1:07-CV-00701 (ESH) |

## ORDER

Having considered the Parties Joint Notice and Motion to Set Briefing Schedule, it is this _____ day of _____, 2007,

ORDERED that the Parties Joint Notice and Motion to Set Briefing Schedule is hereby granted, and it is

FURTHER ORDERED as follows:

Plaintiff's Motion for Summary Judgment will be due November 2, 2007;

Defendant's Opposition and Cross Motion will be due January 2, 2007;

Plaintiff's Opposition and Reply will be due February 19, 2008; and

Defendant's Reply will be due April 4, 2008.

_____
UNITED STATES DISTRICT JUDGE
HONORABLE ELLEN S. HUVELLE