UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FOOTHILL HOSPITAL - MORRIS L. JOHNSTON MEMORIAL,<br>　　　Plaintiff,<br><br>　　　v.<br><br>MICHAEL O. LEAVITT,<br>Secretary, United States Department of Health and Human Services,<br><br>　　　Defendant. | )<br>)<br>)<br>)<br>)　Civ. Action No. 1:07-0701 (ESH)<br>)　　ECF<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF FILING OF ADMINISTRATIVE RECORD ON CD

　　Defendant, Secretary of Health and Human Services, United States Department of Health and Human Services, hereby files the administrative record in the above-captioned action on a CD-Rom due to the fact that the record is quite bulky. The record is being maintained in the Clerk's Office on a CD-Rom and will be available for public viewing and copying between the hours of 9:00 a.m. and 4:00 p.m. Monday through Friday beginning August 29, 2007.

　　The administrative record has been filed with the court and a copy served on opposing counsel.

　　　　　　　　　　　　　　　　Respectfully submitted,


　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　JEFFREY A. TAYLOR, D.C. Bar # 498610
　　　　　　　　　　　　　　　　United States Attorney

/s/
_____
MEGAN L. ROSE, NC Bar # 28639
Assistant United States Attorney
Judiciary Center Building
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 514-7220
(202) 514-8780 (fax)
Megan.Rose@usdoj.gov

**CERTIFICATE OF SERVICE**

      I hereby certify that the foregoing copy of the Defendant's Notice of Filing Of Administrative Record with attached Administrative Record has been delivered by City Express, this 29th day of August, 2007, addressed to:

John R. Jacob
Akin Gump Strauss Hauer & Feld LLP
1333 New Hampshire Avenue, N.W.
Washington, D.C. 20036

/s/
_____
Megan L. Rose
Assistant United States Attorney