UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| FOOTHILL HOSPITAL – MORRIS L.<br>JOHNSTON MEMORIAL,<br><br>            Plaintiff,<br><br>v.<br><br>MICHAEL O. LEAVITT, Secretary,<br>U.S. Department of Health<br>and Human Services,<br><br>            Defendant. | )<br>)<br>)<br>)<br>)<br>)  Case No. 1:07-CV-00701 (ESH)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**DEFENDANT'S CONSENT MOTION FOR ENLARGEMENT OF TIME TO FILE
ITS OPPOSITION AND CROSS-MOTION FOR SUMMARY JUDGMENT IN
RESPONSE TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

Pursuant to Fed. R. Civ. P. 6 (b)(1), Defendant Michael O. Leavitt, the Secretary of Health and Human Services (the "Secretary" or "Defendant"), by and through his undersigned counsel, respectfully moves this Court for a 30-day enlargement of time, up to and including February 1, 2008, to file his Opposition and Cross-Motion for Summary Judgment in response to Plaintiff's Motion for Summary Judgment. In support of the instant motion, the Secretary states as follows:

1. On August 21, 2007, the parties filed a Joint Proposed Briefing Schedule in this matter.

2. The Court approved the parties' proposed schedule by Minute Order dated August 22, 2007.

3. Under the approved schedule, Defendant's Opposition and Cross-Motion for Summary Judgment is due January 2, 2008.

4. Due to several intervening and unforeseeable work-related issues, which were

complicated by the advent of the holiday season, Defendant will be unable to submit his Opposition and Cross-Motion for Summary Judgment by the scheduled deadline.

5.  In order to allow the Secretary sufficient time to review Plaintiff's Motion for Summary Judgment and prepare his response, the Secretary respectfully requests an enlargement of time of 30 days, up to and including February 1, 2008, within which to submit his Opposition and Cross-Motion for Summary Judgment.

6.  The Secretary further respectfully requests that the subsequent deadlines in this case be amended as follows: Plaintiff's Opposition and Reply in support of its Motion for Summary Judgment will be due March 4, 2008; and Defendant's Reply in support of its Cross-Motion for Summary Judgment will be due April 4, 2008.

7.  Pursuant to Local Rule 7(m), the Secretary's counsel contacted Plaintiff's counsel, Byron Gross, on December 19, 2007, regarding this motion. Plaintiff, through counsel, graciously consented to this motion.

8.  This request is made in good faith and not for purposes of delay.

9.  The Secretary has not previously requested or been given an extension of time within which to file his Opposition and Cross-Motion for Summary Judgment.

A proposed Order is attached.

                                    Respectfully submitted,

                                    _____/s/_____
                                    JEFFREY A. TAYLOR
                                    D.C. Bar No. 498610
                                    United States Attorney

        /s/
CHRISTOPHER B. HARWOOD
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W.
Washington, D.C. 20530
(202) 307-0372

        /s/
LINDA KEYSER
Attorney
U.S. Department of Health and Human Services
Office of the General Counsel
Centers for Medicare & Medicaid Services Division
Room 5344, Cohen Building
330 Independence Avenue, S.W.
Washington, D.C. 20201
202-205-8779
Facsimile: (202) 401-1405

Counsel for Defendant

**CERTIFICATE OF SERVICE**

I hereby certify under penalty of perjury that on December 26, 2007, an electronic copy of the Defendant's Consent Motion for Enlargement of Time to File Its Opposition and Cross-Motion for Summary Judgment in Response to Plaintiff's Motion for Summary Judgment was served on Plaintiff's counsel via the Court's Electronic Case Filing system.

Respectfully submitted,

_____/s/_____
CHRISTOPHER B. HARWOOD
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W.
Washington, D.C. 20530
(202) 307-0372

Counsel for Defendant

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| FOOTHILL HOSPITAL – MORRIS L. JOHNSTON MEMORIAL, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 1:07-CV-00701 (ESH) |
| MICHAEL O. LEAVITT, Secretary, U.S. Department of Health and Human Services, | ) ) ) ) | |
| Defendant. | ) ) | |

**ORDER**

Having considered Defendant's Consent Motion for Enlargement of Time to File Its Opposition and Cross-Motion for Summary Judgment in Response to Plaintiff's Motion for Summary Judgment, and the entire record herein, it is this _____ day of _____, 200___,

ORDERED that Defendant's Consent Motion for Enlargement of Time is hereby granted, and it is

FURTHER ORDERED that Defendant shall file its Opposition and Cross-Motion for Summary Judgment by February 1, 2008.  Plaintiff shall file its Opposition and Reply in support of its Motion for Summary Judgment by March 4, 2008.  Defendant shall file its Reply in support of its Cross-Motion for Summary Judgment by April 4, 2008.

_____
UNITED STATES DISTRICT JUDGE

Copy to:  ECF counsel.