UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| FOOTHILL HOSPITAL – MORRIS L. JOHNSTON MEMORIAL, <br><br> Plaintiff/Appellant, <br><br> v. <br><br> MICHAEL O. LEAVITT, Secretary, U.S. Department of Health and Human Services, <br><br> Defendant/Appellee. | Case No. 1:07-CV-00701 (ESH) |

CONSENT MOTION FOR ENLARGEMENT OF TIME TO FILE
DEFENDANT'S OPPOSITION AND CROSS-MOTION FOR SUMMARY JUDGMENT
IN RESPONSE TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

Pursuant to Fed. R. Civ. P. 6(b)(1), Defendant Michael O. Leavitt, the Secretary of Health and Human Services (the "Secretary"), by and through his undersigned counsel, respectfully moves this Court for a 30-day enlargement of time, up to and including March 3, 2008, to file his Opposition and Cross-Motion for Summary Judgment in response to Plaintiff's Motion for Summary Judgment. In support of the instant motion, the Secretary states as follows:

1. On August 21, 2007, the parties filed a Joint Proposed Briefing Schedule in this matter.

2. The Court approved the parties' proposed schedule by Minute Order dated August 22, 2007.

3. On January 2, 2008, Defendant filed a Motion for Enlargement of Time to File Defendant's Opposition and Cross-Motion for Summary Judgment, which the Court subsequently granted. Under the current approved schedule, Defendant's Opposition and Cross-

Motion for Summary Judgment is due February 1, 2008.

    4.  Due to multiple scheduling conflicts during the month of January, Defendant is regrettably unable to submit his Opposition and Cross-Motion by the appointed date.

    5.  In order to allow sufficient time for review of Plaintiff's Motion and to prepare his response, the Secretary respectfully requests an enlargement of 30 days, up to and including March 3, 2008, within which to submit his Opposition and Cross-Motion.

    6.  The Secretary further respectfully requests that the subsequent deadlines in this case be amended as follows:

    Plaintiff's Opposition and Reply:  due April 2, 2008

    Defendant's Reply:  due May 2, 2008

    7.  Pursuant to Local Rule 7(m), the Secretary's counsel contacted Plaintiff's counsel, John R. Jacob, on January 31, 2008, regarding the contents of this motion.  Plaintiff, through counsel, graciously consented to the instant motion.

    8.  This request is made in good faith and not for purposes of delay.

A proposed Order is attached.

                Respectfully submitted,

                     /s/
                JEFFREY A. TAYLOR
                D.C. Bar No. 498610
                United States Attorney

                     /s/
                CHRISTOPHER B. HARWOOD
                Assistant United States Attorney
                Judiciary Center Building
                555 4th Street, N.W.
                Washington, D.C. 20530
                (202) 307-0372

                     /s/
                LINDA KEYSER
                Attorney
                U.S. Department of Health and Human Services
                Office of the General Counsel
                Centers for Medicare & Medicaid Services Division
                Room 5344, Cohen Building
                330 Independence Avenue, S.W.
                Washington, D.C. 20201
                202-205-8779
                Facsimile: (202) 401-1405

                Counsel for Defendant

**CERTIFICATE OF SERVICE**

  I hereby certify under penalty of perjury that on January 31, 2008, an electronic copy of the foregoing Consent Motion for Enlargement of Time to File Defendant's Opposition and Cross-Motion for Summary Judgment in Response to Plaintiff's Motion for Summary Judgment was served on Plaintiff's counsel via the Court's Electronic Case Filing system.


                _____/s/_____
                CHRISTOPHER B. HARWOOD

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| FOOTHILL HOSPITAL – MORRIS L.<br>    JOHNSTON MEMORIAL,<br><br>             Plaintiff/Appellant,<br><br>v.<br><br>MICHAEL O. LEAVITT, Secretary,<br>U.S. Department of Health<br>and Human Services,<br><br>             Defendant/Appellee. | Case No. 1:07-CV-00701 (ESH) |

ORDER

Having considered Defendant's Consent Motion for Enlargement of Time to File Defendant's Opposition and Cross-Motion for Summary Judgment in Response to Plaintiff's Motion for Summary Judgment and the entire record herein, it is this _____ day of _____, 2008,

ORDERED that the Consent Motion for Enlargement of Time to File Defendant's Opposition and Cross Motion for Summary Judgment in Response to Plaintiff's Motion for Summary Judgment is hereby granted, and it is

FURTHER ORDERED that Defendant shall have up to and including March 3, 2008, to File his Opposition and Cross-Motion for Summary Judgment in Response to Plaintiff's Motion for Summary Judgment. Plaintiff shall have up to and including April 2, 2008, to file its Opposition and Reply. Defendant shall have up to and including May 2, 2008, to file his reply.

                                                                         _____
                                                                         THE HONORABLE ELLEN S. HUVELLE
                                                                         UNITED STATES DISTRICT JUDGE

Copy to: ECF Counsel