UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FOOTHILL HOSPITAL - MORRIS L.<br>  JOHNSTON MEMORIAL, a California<br>  nonprofit corporation, dba Foothill<br>  Presbyterian Hospital,<br><br>         Plaintiff,<br><br>    v.<br><br>MICHAEL O. LEAVITT, Secretary of<br>  Health and Human Services,<br><br>         Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Case No. 01:07-CV-00701 (ESH)<br>)<br>)  **ECF**<br>)<br>)<br>)<br>)<br>) |

**DEFENDANT'S RESPONSE TO PLAINTIFF'S STATEMENT OF MATERIAL FACTS
AS TO WHICH THERE IS NO GENUINE ISSUE**

Defendant, Michael O. Leavitt, the Secretary of Health and Human Services, hereby responds to Plaintiff's Statement of Material Facts As To Which There Is No Genuine Issue ("Plaintiff's Statement") in accordance with Rule 56 of the Federal Rules of Civil Procedure and Local Civil Rule 7(h).

Defendant avers that, to the extent that the parties disagree as to the facts underlying the present action, those disagreements are not material. All material facts are those found in the record, and under the Medicare statute, 42 U.S.C. § 1395oo(f)(1), and the Administrative Procedure Act, 5 U.S.C. § 706(2), the facts found by the agency are reviewed to determine whether they are unsupported by substantial evidence taken as a whole. Nevertheless, responding specifically to the numbered paragraphs of Plaintiff's Statement and using the same paragraph numbering, Defendant responds to the following specific assertions in Plaintiff's Statement:

1-22. These paragraphs contain Plaintiff's characterizations of the Medicare

statute, implementing rules, regulations, and policy statements, which speak for themselves, not material facts.

23. This paragraph contains Plaintiff's characterizations of the decision in Dameron Hosp. Ass'n v. Leavitt, 2007 WL 2288289, Slip Op. (E.D. Cal. 2007), which speaks for itself, not material facts.

24. This paragraph contains Plaintiff's characterizations of the Medicare statute, which speaks for itself, not material facts.

25. Not disputed.

26. Disputed as to the suggestion that sound business judgment dictated that there was no likelihood of recovery in the future and that the debts could be deemed worthless. See 42 C.F.R. § 413.89(e).

27. Disputed. The pages of the record cited by Plaintiff as support for this statement do not provide independent support for it. There is no copy of any demand letter sent to any patient in the record.

28-29. Not disputed.

30. Disputed. The Fiscal Intermediary's determination was based on Foothill's failure to demonstrate that sound business judgment dictated that the debts were worthless or that reasonable collection efforts had been employed before declaring the debts worthless. See 42 C.F.R. § 413.89(e).

31-32. Not disputed.

33-36. This paragraph contains Plaintiff's characterizations of the PRRB's

decision, which speaks for itself, not material facts.

37.  Not disputed.

38-40.  This paragraph contains Plaintiff's characterizations of the Administrator's decision, which speaks for itself, not material facts.

41.  Disputed.  The Administrator's decision is the final reviewable decision of the Secretary in this case.  See 42 U.S.C. § 1395oo(f)(1).

42.  This paragraph contains Plaintiff's characterizations of the Medicare statute, which speaks for itself, not material facts.

                Respectfully submitted,

                /s/
                JEFFREY A. TAYLOR
                United States Attorney
                D. C. Bar No. 498610

                /s/
                CHRISTOPHER B. HARWOOD
                Assistant United States Attorney
                N.Y. Reg. No. 4202982
                United States Attorney's Office
                Civil Division
                Judiciary Center Building
                555 4th Street, N.W.
                Washington, D.C. 20530
                (202) 307-0372

                                                          /s/ _____
                                                          LINDA KEYSER
Attorney
U.S. Department of Health and Human Services
Office of the General Counsel
Centers for Medicare & Medicaid Services Division
Room 5327d, Cohen Building
330 Independence Avenue, S.W.
Washington, D.C. 20201
202-205-8779

OF COUNSEL:

JAMES C. STANSEL
Acting General Counsel

JANICE HOFFMAN
Associate General Counsel

MARK D. POLSTON
Deputy Associate General
    Counsel for Litigation

United States Department of
    Health and Human Services