## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **FOOTHILL HOSPITAL - MORRIS L. JOHNSTON MEMORIAL,** a California nonprofit corporation, d/b/a Foothill Presbyterian Hospital**,** <br><br>               **Plaintiff,** <br><br>       v. <br><br> **MICHAEL O. LEAVITT**, Secretary of the United States Department of Health and Human Services, <br><br>               **Defendant.** | Civil Action No.  07-701 (ESH) |

### ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that plaintiff's motion for summary judgment [Dkt. #8] is **GRANTED** and defendant's motion for summary judgment [Dkt. #13] is **DENIED**; and it is

**FURTHER ORDERED** that the decision of the Administrator is **VACATED** and this case is **REMANDED** to the United States Department of Health and Human Services for further proceedings consistent with this Court's Memorandum Opinion.

**IT IS SO ORDERED**.

                                                              /s/
                                                      ELLEN SEGAL HUVELLE
                                                      United States District Judge

Date: May 30, 2008