# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| FOOTHILL HOSPITAL - MORRIS L. JOHNSTON MEMORIAL, a California nonprofit corporation, dba Foothill Presbyterian Hospital, | ) ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 01:07-CV-00701 (ESH) |
| MICHAEL O. LEAVITT, Secretary of Health and Human Services, | ) ) ) | ECF |
| Defendant. | ) ) ) | |

## NOTICE OF APPEAL

Notice is hereby given this 24th day of July, 2008, that Defendant Michael O. Leavitt, the Secretary of the United States Department of Health and Human Services, hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from the May 30, 2008, Order and Memorandum Opinion granting Plaintiff's motion for summary judgment and denying Defendant's motion for summary judgment.

Dated: July 24, 2008

Respectfully submitted,

/s/
JEFFREY A. TAYLOR
United States Attorney
D. C. Bar No. 498610

    /s/
CHRISTOPHER B. HARWOOD
Assistant United States Attorney
N.Y. Reg. No. 4202982
United States Attorney's Office
Civil Division
Judiciary Center Building
555 4th Street, N.W.
Washington, D.C. 20530
(202) 307-0372


    /s/
LINDA KEYSER
Attorney
U.S. Department of Health and Human Services
Office of the General Counsel
Centers for Medicare & Medicaid Services Division
Room 5327D, Cohen Building
330 Independence Avenue, S.W.
Washington, D.C. 20201
202-205-8779
Facsimile: (202) 401-1405

Counsel for Defendant

OF COUNSEL:

JAMES C. STANSEL
Acting General Counsel

JANICE L. HOFFMAN
Associate General Counsel

MARK D. POLSTON
Deputy Associate General
   Counsel for Litigation

United States Department of
   Health and Human Services